UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-20059-KMW

FREIGHT HUB CORP. d/b/a )
FREIGHT HUB GROUP, a )
Florida profit corporation, and )
WHSE HUB INC., a Florida )
profit corporation, )
)
    Plaintiffs, )
)
v. )
)
SATELLITE LOGISTICS GROUP, )
INC. d/b/a HILLEBRAND GROUP )
COMPANY, a Foreign profit )
corporation, )
)
    Defendant. )
_____ )

## <u>NOTICE OF CHANGE OF ADDRESS</u>

  COMES NOW Jessica L. Klein, Esq. of Mathis Law Group, and files this Notice of Change

of Address, in the above captioned matter.  All future pleadings, memoranda, correspondence,

orders, etc., shall be sent to the address provided below.  Further pursuant to Rule 11.1(g) and

CM/ECF Administrative Procedures 3D, compliance which is mandated pursuant to SDFL LR

5.1., Jessica L. Klein, Esq., hereby designates the following primary and secondary e-mail

addresses for e-mail service in the above-referenced action:

  Address:     Mathis Law Group
           P.O. Box 91657
           Lakeland, FL 33301

  Phone:      (954)-616-4404
  Fax:       (954)-616-4405

1

Primary E-mail address:      jklein@mathislawgroup.com

Secondary E-mail Address:   ckuller@mathislawgroup.com

Respectfully submitted,

**MATHIS LAW GROUP**

/s/ JESSICA L. KLEIN, ESQ.
**JESSICA L. KLEIN, ESQUIRE**
Florida Bar No.: 63412
jklein@mathislawgroup.com
ckuller@mathislawgroup.com
**BRIAN K. MATHIS, ESQUIRE**
Florida Bar No.: 0046223
bmathis@mathislawgroup.com
ldensford@mathislawgroup.com
515 E. Las Olas Blvd., Suite 120
Ft. Lauderdale, FL 33301
T: (954) 616-4404
F: (954) 616-4405
*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been electronically served by using the CM/ECF system in portable document format upon and those registered with the Court through CM/ECF, on this 2nd day of February, 2022:

Adam M. Schachter, Esq.
Gelber Schachter & Greenberg, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, FL  33131
aschachter@gsgpa.com

Gerald E. Greenberg, Esq.
Gelber Schachter & Greenberg, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, FL  33131
ggreenberg@gsgpa.com

Andrew T. Figueroa, Esq.
Gelber Schachter & Greenberg, P.A.
SunTrust International Center

One Southeast Third Avenue, Suite 2600
Miami, FL  33131
afigueroa@gsgpa.com


                                                        */s/Jessica L., Esq.* _____